UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Nicole Alexander,

        Plaintiff,

-against-

MRS BPO, LLC and Viking Client Services, Inc.,

        Defendant.

Docket No: 2:16-cv-03344-JMA-AKT

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D.N.Y.

★   JAN 25 2017   ★

LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorneys' fees and costs.

Dated: January 25, 2017

| SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | BARSHAY SANDERS, PLLC |
|---|---|
| By: /s Aaron Easley<br>Aaron Easley, Esq.<br>3 Cross Creek Drive<br>Flemington, New Jersey 08822<br>Tel: (908) 237-1660<br>*Attorneys for Defendant* | By: /s David M. Barshay<br>David M. Barshay<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 110658<br>*Attorneys for Plaintiff* |

Case closed.
So Ordered.

s/ Joan H. Azrack   1/25/17
USDJ